UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                    )
                                                          )           CASE NO. 14-30401-KRH
Dwayne C. Walker                                          CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of **$250.00.**

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a **post-confirmation modified plan** filed with this Court on **05/27/2016.**

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Tel:  (804) 520-2428
Fax: (804) 518-5121

Certificate of Service

I certify that I on **10/21/2016,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

                                                   /s/ Richard J. Oulton
                                                   Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                              )
                                                    )         CASE NO. 14-30401-KRH
Dwayne C. Walker                                              CHAPTER 13
Debtor(s)
2500 Lee Ave
Victoria, VA 23974
_____

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any): [3865]

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$250.00** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **November 4, 2016 (14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

    You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:
    Address of attorney for the Debtor(s):    Richard J. Oulton
        America Law Group, Inc.
        2312 Boulevard
        Colonial Heights, VA 23834
        Tel:  (804) 520-2428
        Fax: (804) 518-5121


    Address of Chapter 13 Trustee:
        Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819


10/21/2016        /s/ Richard J. Oulton
        Richard J. Oulton (VSB#29640)
        Attorney for Debtor
        America Law Group, Inc.
        2312 Boulevard
        Colonial Heights, VA 23834
        Tel: (804) 520-2428
        Fax: (804) 518-5121

## PROOF OF SERVICE

    I certify that I on **10/21/2016**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

    /s/ Richard J. Oulton
    Richard J. Oulton


**Parties served:**

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218-1819

Dwayne C. Walker
Debtor
2500 Lee Ave
Victoria, VA 23974

**NAME AND ADDRESSES OF CREDITORS**

Account Resolution Cor
700 Goddard Ave
Chesterfield, MO 63005

American General Financial/Spr
Springleaf Financial/Attn: Ban
Po Box 3251
Evansville, IN 47731

Community Memorial Health Cent
PO Box 90
South Hill, VA 23970

Community Memorial Health Cnt
Credit Coll
Po Box 9136
Needham, MA 02494

Credit Control Corp
11821 Rock Landing Dr
Newport News, VA 23606

Credit One Bank
Po Box 98873
Las Vegas, NV 89193

Creditors Collection S
Po Box 21504
Roanoke, VA 24018

Danville District Office DSCE
211 Nor Dan Drive Ste 1080
Danville, VA 24540

Dept of Treasury
Internal Revenue Service
Kansas City, MO 64999-0030

Division of Child Support Enfo
Bankruptcy Unit
2001 Maywill Street, Suite 104
Richmond, VA 23230

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

J L Walston & Associat
326 S Main St
Emporia, VA 23847

M & T Bank
Attn: Bankruptcy
1100 Wehrle Dr 2nd Floor
Williamsville, NY 14221

NCO Financial Systems
PO Box 15630
Dept 805
Wilmington, DE 19850

Sams Club / GEMB
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

United Resource System
10075 W Colfax Ave
Lakewood, CO 80215

Va Credit Union
Po Box 90010
Richmond, VA 23225

Va Dept of Taxation

Wells Fargo
Po Box 15137
Wilmington, DE 19886